Gary J. Aguirre (SBN 38927)
Aguirre Law, APC
501 W. Broadway, Ste. 800
San Diego, CA 92101
Tel: 619-400-4960
Fax: 619-501-7072
Email: Gary@aguirrelawfirm.com
Attorney for Plaintiff Richard Edelman

ALANA W. ROBINSON
Acting United States Attorney
Katherine L. Parker (SBN 222629)
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7634
Fax: (619) 546-7751
Email: Katherine.parker@usdoj.gov

Attorneys for the Defendant

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EDELMAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Defendant. | Case No.: 15-CV-2750-BEN-BGS<br><br>***MODIFIED*** **JOINT PROPOSED BRIEFING SCHEDULE** |

On November 4, 2016, the parties jointly proposed a summary judgment briefing schedule for this action. Since that time, the parties have met and conferred regarding Defendant's withholdings and the Vaughn index that Defendant previously provided to Plaintiff. Plaintiff has agreed not to challenge certain of Defendant's withholdings, and has raised concerns regarding other withholdings. In response to those concerns, Defendant the SEC is in the process of supplementing its Vaughn index and preparing additional records to release to Plaintiff. The purpose of this process is to narrow the issues before the Court on summary judgment.

In order to allow the SEC time to complete its supplemental Vaughn index and supplemental production, the parties jointly propose the following amended schedule:

**January 17, 2017**: Defendant shall make its supplemental production of records to Plaintiff's counsel, and shall do so by email unless technically not feasible.

**January 24, 2017**: Defendant shall file its motion for summary judgment as to (1) the 1,442 pages of records that Defendant previously processed under FOIA, and (2) the 97-page index which was provided to the SEC by Malkin Holdings.

**February 21, 2017**: Plaintiff shall file his opposition to Defendant's summary judgment motion, and, if desired, file his own motion for summary judgment on these issues.

**March 7, 2017**: Defendant shall file its reply in support of its motion for summary judgment, and its opposition to Plaintiff's motion for summary judgment.

**March 14, 2017**: Plaintiff shall file his reply brief in support of his motion for summary judgment.

**Hearing on Motions**: The parties request a motion hearing at a date following the completion of briefing, subject to the Court's schedule.

**Mandatory Settlement Conference:** As discussed during the November 3, 2016 status conference with the Chambers of Magistrate Judge Skomal, the parties request that a Mandatory Settlement Conference take place following the District Court's decision on the motions for summary judgment. That conference has currently been set for **April 10, 2017.**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to all signatory counsel, and that I have obtained their authorizations to affix their electronic signatures to this document.

DATED: January 6, 2017                         Respectfully submitted,

                                               ALANA W. ROBINSON
                                               Acting United States Attorney


                                                s/ Katherine L. Parker
                                               Katherine L. Parker
                                               Assistant U.S. Attorney
                                               Attorneys for Defendant

DATED: January 6, 2017                          s/ Gary J. Aguirre
                                               Gary J. Aguirre
                                               Aguirre Law APC
                                               Attorney for Plaintiff